# IN THE SUPREME COURT OF THE STATE OF NEVADA

JESUS LUIS AREVALO,
                    Appellant,
          vs.
CATHERINE MARIE AREVALO, N/K/A
CATHERINE MARIE DELAO,
                    Respondent.

No. 83991

FILED

JAN 28 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a post-decree order denying appellant's request to file an amended opposition and countermotion. Eighth Judicial District Court, Family Court Division, Clark County; Charles J. Hoskin, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. The order challenged on appeal does not appear to be substantively appealable. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"). Accordingly, this court concludes that it lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.                    _____, J.
Stiglich                                Herndon

22-02876

cc: Hon. Charles J. Hoskin, District Judge, Family Court Division
Jesus Luis Arevalo
Willick Law Group
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A